UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Nicole ⌃ Garcia
Lynn

(Enter above the full name of
plaintiff in this action)

v.

Dauphin County
for Children and
Youth

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:25-cv-00693
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

APR 21 2025

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff __Nicole Garcia__ a citizen of the County of __Dauphin__ State of Pennsylvania, residing at _____ wishes to file a complaint under __Federal Kidnapping Act.__
(give Title No. etc.)

2. The defendant is __Dauphin County for Children and Youth Services.__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __On 9/11/21__

3. (CONTINUED) My 3 kids were taken away. Because my boyfriend at the time drugged me while he was seeing my neighbor at that time Knowingley gave me herion and some other substance. Called CYS and they came to drug test me. They took my kids away from me. From that time till now my life has been going down hill. I don't get help from anywhere. because of this. They took my kids, but they didnt

4. WHEREFORE, plaintiff prays that take my kids!!

The county had no reason to do so Knowing I gave proof of him saying he drugged me on purpose, because is wasnt home. 10 months they kept them and didnt plan on giving them back feels like they still havent.

→ over

_Nicole Garcia_
(Signature of Plaintiff)

Nicole Garcia
(Printed Name of Plaintiff)

24 W. Baltimore St
Apt 2
Carlisle PA 17013
(Address of Plaintiff)

223-269-3130
(Phone Number of Plaintiff)

I called children and youth about something the other day Dusty as a matter of fact.

And they said there's no such case, of ever having my kids remaved. I said are you sure, only one but they never took my kids they said?? I have proof videos of visits, all the text messages of them, with me, saying everything I explamed in case No. 1:22-v-01096-S+S

~~[scribbled out]~~

I have proof that they said that they wernt real agents, to me! I can show proof of that if needed. But they deleted my files & that is what and why i'm filing a new case. Thank you!