IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE LYNN GARCIA, | : | Civil No. 1:25-CV-00693 |
| Plaintiff, | : | |
| v. | : | |
| DAUPHIN COUNTY FOR CHILDREN AND YOUTH, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that Plaintiff's second amended complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without further leave to amend. (Doc. 19.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Latella's analysis is well-reasoned and fully supported by the record and applicable

1

2

law. Accordingly, the court will adopt the report and recommendation, Doc. 19, and dismiss Plaintiff's second amended complaint, Doc. 16, with prejudice. An appropriate order follows.

                                      s/Jennifer P. Wilson
                                      JENNIFER P. WILSON
                                      United States District Judge
                                      Middle District of Pennsylvania

Dated: February 17, 2026