IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE LYNN GARCIA, | : Civil No. 1:25-CV-00693 |
| Plaintiff, | : |
| v. | : |
| DAUPHIN COUNTY FOR CHILDREN AND YOUTH, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 17th day of February, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 19, is **ADOPTED**.

2) Plaintiff's second amended complaint is **DISMISSED WITH PREJUDICE** without further leave to amend.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania